IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 5 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RAYMUNDO MENDIETA and JOSE REYES | § § § | |
| Plaintiff | § § | |
| V. | § | CASE NO. B-03-123 |
| | § | |
| CITY OF HARLINGEN, et. al. | § | JURY DEMAND |
| Defendants | § § | |

## DEFENDANT CITY OF HARLINGEN'S JURY DEMAND

Pursuant to Federal Rules of Civil Procedure 38 and 81, the City of Harlingen demands a jury trial.

Respectfully submitted,

**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, Texas 78551-1429
Telephone: 956/428-7495
Facsimile: 956/428-2954

By: _____
TOM LOCKHART
State Bar No. 12473500
Fed. I.D. No. 2257
ROGER W. HUGHES
State Bar No. 10229500
Fed. I.D. No. 5950

Attorneys for Defendants CITY OF HARLINGEN AND JORGE SALINAS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this 14th day of July 2003, to the following counsel of record and interested parties:

Attorney for Plaintiffs, Raymundo Mendieta and Jose Reyes :

Mr. Jerry J. Trevino
**LAW OFFICES OF JERRY J. TREVINO, P.C.**
1125 South Port Avenue
Corpus Christi, TX 78405

*CM/RRR 7002 2410 0002 3598 0706*

_____
ROGER W. HUGHES