IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 3 1 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RAYMUNDO MENDIETA and JOSE REYES <br> Plaintiff | § § § § | |
| V. | § | CASE NO. B-03-123 |
| CITY OF HARLINGEN, et. al. <br> Defendants | § § § | |

## AMENDED INDEX OF MATTERS BEING FILED

A.  Correspondence to the U.S. District Court Clerk

B.  Index of Matters Being Filed

C.  Adversary Proceeding Cover Sheet

D.  List of All Counsel of Record

<u>Exhibit "B"</u>

1.  Docket Sheet

2.  Plaintiffs' Original Petition

3.  Citations

4.  Defendant City of Harlingen's Answer

5.  Return of citations on Defendant City and Salinas

Respectfully submitted,

**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, Texas 78551-1429
Telephone: 956/428-7495
Facsimile: 956/428-2954

By:  _____
TOM LOCKHART
State Bar No. 12473600
Fed. I.D. No. 2257
ROGER W. HUGHES
State Bar No. 10229500
Fed. I.D. No. 5950

Attorneys for *Defendants*, CITY OF HARLINGEN AND JORGE SALINAS

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this ___ day of July 2003, to the following counsel of record and interested parties:

---

Attorney for Plaintiffs :

Mr. Jerry J. Trevino
**LAW OFFICES OF JERRY J. TREVINO, P.C.**
1125 South Port Avenue
Corpus Christi, TX 78405

*CM/RRR 7002 2410 0002 3598 0850*

_____
TOM LOCKHART

_____ for Pe_____nal Service - BY CERTIFIED M___ _ Lit. Seq. # 5.003.01

No. 2003-06-003092-D

T H E   S T A T E   O F   T E X A S                                    **COPY**

C. Ma____
  B_____

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: CITY OF HARLINGEN, TEXAS
    SERVING THE CITY MANAGER
    ROY RODRIGUEZ
    118 E. TYLER
    HARLINGEN, TEXAS 78550

the  DEFENDANT  , GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 103rd Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said  PETITION  was filed on JUNE 17, 2003 . A copy of same accompanies this citation.

The file number of said suit being No. 2003-06-003092-D.

The style of the case is:

RAYMUNDO MENDIETA AND JOSE REYES
VS.
CITY OF HARLINGEN, TEXAS, ET AL.

Said petition was filed in said court by  JERRY J. TREVINO  (Attorney for  PLAINTIFF ), whose address is 1125 SOUTH PORT AVENUE CORPUS CHRISTI, TEXAS, 78405 .

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 18th day of  JUNE  , A.D. 2003.



AURORA DE LA GARZA , DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.
Brownsville, Texas 78521
By: _Roy Lopez Jr._ , Deputy

```
ATTACH RETURN RECEIPTS WITH
    ADDRESSEE'S SIGNATURE

Rule 106 (a)(2): The citation
shall be served by mailing to
the defendant by Certified Mail,
Return Receipt Requested, a true
copy of the citation.

Sec. 17.027, Rules of Civil
Practice and Remedies Code, if
not prepared by Clerk of Court.

NAME OF PREPARER            TITLE

ADDRESS

CITY            STATE       ZIP
```

CERTIFICATE OF DELIVERY OF MAIL

I hereby certify that on the <u>18th</u> of

<u>JUNE    2003</u>, I mailed to

<u>  CITY OF HARLINGEN, TEXAS  </u>

by registered mail or certified mail, with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition attached hereto.

CERTIFIED MAIL NO. <u>  818492  </u>
RETURN RECEIPT REQUESTED
DELIVER TO ADDRESSEE ONLY

<u>  AURORA DE LA GARZA  </u>, District Clerk
Cameron County, Texas

By: <u>  Ray Lopez Jr.  </u>, Deputy



No. 2003-06-003092-D

**COPY**

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: JORGE SALINAS
HARLINGEN POLICE DEPARTMENT
1102 S. COMMERCE
HARLINGEN, TEXAS 78550

the _____DEFENDANT_____, GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 103rd Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said _____PETITION_____ was filed on __JUNE 17, 2003__. A copy of same accompanies this citation.

The file number of said suit being No. 2003-06-003092-D.

The style of the case is:

RAYMUNDO MENDIETA AND JOSE REYES
VS.
CITY OF HARLINGEN, TEXAS, ET AL.

Said petition was filed in said court by _____JERRY J. TREVINO_____
(Attorney for _____PLAINTIFF_____), whose address is
1125 SOUTH PORT AVENUE CORPUS CHRISTI, TEXAS 78405.

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 18th day of __JUNE__, A.D. 2003.



_____AURORA DE LA GARZA_____, DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.
Brownsville, Texas 78521

```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF TEXAS
                  BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
FILED

JUL 3 1 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| RAYMUNDO MENDIETA and § | |
| JOSE REYES § | |
|     Plaintiff § | |
| § | |
| V. § | CASE NO. B-03-123 |
| § | |
| CITY OF HARLINGEN, et. al. § | |
|     Defendants § | |

## AMENDED INDEX OF MATTERS BEING FILED

A.  Correspondence to the U.S. District Court Clerk

B.  Index of Matters Being Filed

C.  Adversary Proceeding Cover Sheet

D.  List of All Counsel of Record

      Exhibit "B"

1.  Docket Sheet

2.  Plaintiffs' Original Petition

3.  Citations

4.  Defendant City of Harlingen's Answer

5.  Return of citations on Defendant City and Salinas

                Respectfully submitted,

                **ADAMS & GRAHAM, L.L.P.**
                P. O. Drawer 1429
                Harlingen, Texas 78551-1429
                Telephone: 956/428-7495
                Facsimile: 956/428-2954

By: _____
TOM LOCKHART
State Bar No. 12473600
Fed. I.D. No. 2257
ROGER W. HUGHES
State Bar No. 10229500
Fed. I.D. No. 5950

Attorneys for *Defendants*, CITY OF HARLINGEN AND JORGE SALINAS

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this 20 day of July 2003, to the following counsel of record and interested parties:

---

Attorney for Plaintiffs :

Mr. Jerry J. Trevino
**LAW OFFICES OF JERRY J. TREVINO, P.C.**
1125 South Port Avenue
Corpus Christi, TX 78405

*CM/RRR 7002 2410 0002 3598 0850*

_____
TOM LOCKHART

☐ For Personal Service  ☒ BY CERTIFIED M[AIL]   Lit. Seq. # 5.003.01

No. 2003-06-003092-D

# THE STATE OF TEXAS

**COPY**

C. Martin Brenden

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: CITY OF HARLINGEN, TEXAS
SERVING THE CITY MANAGER
ROY RODRIGUEZ
118 E. TYLER
HARLINGEN, TEXAS 78550

[Stamp: JUN 2003 RECEIVED CITY MANAGER'S OFFICE]

the ___DEFENDANT___, GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 103rd Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said ___PETITION___ was filed on ___JUNE 17, 2003___. A copy of same accompanies this citation.

The file number of said suit being No. 2003-06-003092-D.

The style of the case is:

RAYMUNDO MENDIETA AND JOSE REYES
VS.
CITY OF HARLINGEN, TEXAS, ET AL.

Said petition was filed in said court by ___JERRY J. TREVINO___ (Attorney for ___PLAINTIFF___), whose address is 1125 SOUTH PORT AVENUE CORPUS CHRISTI, TEXAS, 78405.

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 18th day of JUNE, A.D. 2003.



AURORA DE LA GARZA, DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.
Brownsville, Texas 78521
By: _Ray Lopez Jr._, Deputy



| ATTACH RETURN RECEIPTS WITH ADDRESSEE'S SIGNATURE |
|---|
| Rule 106 (a)(2): The citation shall be served by mailing to the defendant by Certified Mail, Return Receipt Requested, a true copy of the citation. |
| Sec. 17.027, Rules of Civil Practice and Remedies Code, if not prepared by Clerk of Court. |

| NAME OF PREPARER | TITLE |
|---|---|
|  |  |

ADDRESS _____

| CITY | STATE | ZIP |
|---|---|---|

CERTIFICATE OF DELIVERY OF MAIL

I hereby certify that on the <u>18th</u> of <u>JUNE</u> <u>2003</u>, I mailed to

<u>CITY OF HARLINGEN, TEXAS</u>

by registered mail or certified mail, with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition attached hereto.

CERTIFIED MAIL NO. ____<u>818492</u>____
RETURN RECEIPT REQUESTED
DELIVER TO ADDRESSEE ONLY

___<u>AURORA DE LA GARZA</u>___, District Clerk
Cameron County, Texas

By: ___*Ray Lopez Jr.*___, Deputy



BY CERTIFIED MAIL　　Lit. Seq. # 5.004.01

No. 2003-06-003092-D

# THE STATE OF TEXAS

**COPY**

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: JORGE SALINAS
　　HARLINGEN POLICE DEPARTMENT
　　1102 S. COMMERCE
　　HARLINGEN, TEXAS 78550

the　　DEFENDANT　　, GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 103rd Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said　PETITION　was filed on　JUNE 17, 2003　. A copy of same accompanies this citation.

The file number of said suit being No. 2003-06-003092-D.

The style of the case is:

　　　　RAYMUNDO MENDIETA AND JOSE REYES
　　　　　　　　　　VS.
　　　　CITY OF HARLINGEN, TEXAS, ET AL.

Said petition was filed in said court by　JERRY J. TREVINO　(Attorney for　PLAINTIFF　), whose address is
1125 SOUTH PORT AVENUE CORPUS CHRISTI, TEXAS　78405.

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 18th day of JUNE, A.D. 2003.

　　　　　　　　　　AURORA DE LA GARZA　, DISTRICT CLERK
　　　　　　　　　　Cameron County, Texas
　　　　　　　　　　974 E. Harrison St.
　　　　　　　　　　Brownsville, Texas 78521
　　　　　　　　By: *Ray Lopez Jr.*　　Deputy

| ATTACH RETURN RECEIPTS WITH ADDRESSEE'S SIGNATURE |
|---|
| Rule 106 (a)(2): The citation shall be served by mailing to the defendant by Certified Mail, Return Receipt Requested, a true copy of the citation.<br><br>Sec. 17.027, Rules of Civil Practice and Remedies Code, if not prepared by Clerk of Court. |
| NAME OF PREPARER            TITLE |
| ADDRESS |
| CITY          STATE          ZIP |

**CERTIFICATE OF DELIVERY OF MAIL**

I hereby certify that on the 18th of ___JUNE___ 2003, I mailed to

___JORGE SALINAS___

by registered mail or certified mail, with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition attached hereto.

CERTIFIED MAIL NO. ___818508___
RETURN RECEIPT REQUESTED
DELIVER TO ADDRESSEE ONLY

___AURORA DE LA GARZA___, District Clerk
Cameron County, Texas

By: ___Ray Lopez Jr.___, Deputy

