UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 6 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RAYMUNDO MENDIETA and JOSE REYES | § § § | |
| VS. | § | CIVIL ACTION NO. B-03-123 |
| CITY OF HARLINGEN, ET AL | § § § | |

## PLAINTIFFS', RAYMUNDO MENDIETA AND JOSE REYES, CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiffs, RAYMUNDO MENDIETA AND JOSE REYES, and files their Certificate of Interested Parties and hereby certify that the following persons and business entities have a financial interest in the outcome of this lawsuit:

I.

Pursuant to the court's order of conference dated July 14, 2003, Plaintiffs' provides the following list of potentially interested parties:

Raymundo Mendieta
**Plaintiff**

Jose Reyes
**Plaintiff**

City of Harlingen, Texas
Jorge Salinas, Police Officer for the City of Harlingen, Texas
**Defendants**

Texas Municipal League

Jerry J. Trevino
**Plaintiffs' counsel**

Tom Lockhart, Rogers Hughes
and Adams & Graham
**Defendants' Counsel**

                                        Respectfully submitted,

                                        LAW OFFICE OF JERRY J. TREVINO
                                        1125 South Port Avenue
                                        Corpus Christi, Texas 78405
                                        Telecopier: 361/882-5605
                                        Telephone: 361/882-8355

                                        By: _____
                                          Jerry J. Trevino
                                          State Bar No. 20211228
                                          Federal I.D. No. 15031

                                        Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of Plaintiff's Certificate of Interested Parties was served in compliance with Federal Rules of Civil Procedure upon counsel of record listed below on this ____ day of August_____, 2003.

**VIA CM:RRR**
Mr. Roger Hughes
ADAMS & GRAHAM
222 E. Van Buren, West Tower
Harlingen, Texas 78551

                                        _____
                                        Jerry J. Trevino