IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAYMUNDO MENDIETA AND JOSE REYES | § § § | |
| VS. | § | CIVIL NO. B-03-123 |
| CITY OF HARLINGEN, ET AL. | § § | |

## ORDER

On the 18th day of July, 2003, Defendant Jorge Salinas filed his Motion to Dismiss. Local Rules 7.3 and 7.4 of the Southern District of Texas state that a motion will be submitted to the judge twenty days after filing (July 22, 2003 in this case) and that the failure to respond will be taken "as a representation of no opposition." Rule 7.4(a) plainly states that such responses must be filed by the submission date (or in this case at the very latest August 8, 2003).

No response to the motion was filed by August 8, 2003. Indeed, no response to the motion has ever been filed. Consequently, this motion, pursuant to the Rules, is unopposed. That being the case, this Court hereby grants Salinas' Motion to Dismiss. All claims against Jorge Salinas are hereby dismissed with prejudice.

Signed this 28th day of August, 2003.

Honorable Andrew S. Hanen
United States District Judge