# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### NOTICE OF RE-SETTING

United States District Court
Southern District of Texas
ENTERED

SEP 1 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RAYMUNDO MENDIETA | § § | |
| VS. | § | CIVIL ACTION NO.   B-03-123 |
| CITY OF HARLINGEN | § § | |

TYPE OF CASE:          __X__ CIVIL                                   ____ CRIMINAL

**TAKE NOTICE that the proceeding in this case has been re-set as indicated below:**

TYPE OF PROCEEDING:   **INITIAL PRETRIAL & SCHEDULING CONFERENCE**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE:                                                                ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**            **THIRD FLOOR COURTROOM, #6**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

DATE AND TIME PREVIOUSLY SCHEDULED:            RESET TO DATE AND TIME:

**November 7, 2003 @ 9:30 a.m.**                    **November 21, 2003 @ 9:30 a.m.**

MICHAEL N. MILBY, CLERK

BY: _Irma A. Soto_
Irma A. Soto, Deputy Clerk

DATE: September 16, 2003

TO: ALL COUNSEL OF RECORD