```
                                                                        /0
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 2 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RAYMUNDO MENDIETA and | § | |
| JOSE REYES | § | |
|     Plaintiff | § | |
| | § | |
| V. | § | CASE NO. B-03-123 |
| | § | |
| CITY OF HARLINGEN, et. al. | § | |
|     Defendants | § | |

---

**DEFENDANT CITY OF HARLINGEN'S UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE JOINT CASE MANAGEMENT PLAN**

---

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant CITY OF HARLINGEN and files its Unopposed Motion to Extend Deadline to File Joint Case Management Plan, and would show this Court as follows:

### I. Certificate of Conference

The undersigned has conferred with Plaintiffs' counsel and the motion is unopposed.

### II. Case Status

The case is currently scheduled for the initial pre-trial conference on November 21, 2003. Under the initial scheduling order, the Joint Case Management/Discovery Plan would be due November 7, 2003.

### III. Issues to Be Ruled

Defendant City of Harlingen requests an extension of time to file the Plan until November 17, 2003.

### IV.

An extension of time is needed in order for counsel for plaintiffs and defendants to discuss remaining points and reduce the plan to writing.

The parties are circulating a draft plan during the week of November 10, 2003. Unfortunately, owing to the schedule of Plaintiffs' and defense counsel, they were not able to confer until November 10, 2003. Therefore, it has been difficult to finalize and sign the plan by the due date.

The parties are confident that they can prepare, sign and file the plan by November 17, 2003.

WHEREFORE, PREMISES CONSIDERED, Defendant City of Harlingen prays that this motion be taken under submission immediately and upon hearing of same, the court reset the date to submit a joint discovery/case management plan until November 17, 2003, and any other such further relief at law or in equity to which Defendant may show itself entitled.

Respectfully submitted,

By: _____
TOM LOCKHART
State Bar No.12473500
Fed. I.D. No. 2257

> ROGER W. HUGHES
> State Bar No. 10229500
> Fed. I.D. No. 5950
> **ADAMS & GRAHAM, L.L.P.**
> P. O. Drawer 1429
> Harlingen, Texas 78551-1429
> Telephone: 956/428-7495
> Facsimile: 956/428-2954
>
> Attorneys for *Defendants*, CITY OF HARLINGEN AND JORGE SALINAS

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this 11 day of November 2003, to the following counsel of record and interested parties:

---

Attorney for Plaintiffs :

Mr. Jerry J. Trevino
**LAW OFFICES OF JERRY J. TREVINO, P.C.**
1125 South Port Avenue
Corpus Christi, TX 78405

*CM/RRR 7001 2510 0004 2063 6449*

_____
TOM LOCKHART

---