IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 7 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RAYMUNDO MENDIETA and | § | |
| JOSE REYES | § | |
| Plaintiff | § | |
| | § | |
| V. | § | CASE NO. B-03-123 |
| | § | |
| CITY OF HARLINGEN, et. al. | § | |
| Defendants | § | |

**JOINT REPORT OF THE MEETING AND
JOINT DISCOVERY/CASE MANAGEMENT PLAN**

1. State where and when the meeting of the parties required by Rule 26(f) was held, and identify the counsel who attended for each party.

RESPONSE:

November 12, 2003, by telephone; November 17, 2003, in person. Counsel attending were Jerry Treviño and Roger W. Hughes.

2. List the cases related to this one that are pending in any state or federal court with the case number and court.

RESPONSE:

None.

3. Specify the allegation of federal jurisdiction.

RESPONSE:

Removal jurisdiction under 28 U.S.C. §§ 1331 and 1441.

4. Name the parties who disagree and the reasons.

RESPONSE:

None.

5. List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.

RESPONSE: None.

6. List anticipated interventions.

RESPONSE: None.

7. Describe class-action issues.

RESPONSE: None.

8. State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.

RESPONSE: Initial disclosures have not been made. Parties agree to complete the disclosures on or before December 19, 2003.

9. Describe the proposed agreed discovery plan, including:

   A. Responses to all the matters raised in Rule 26(f).

RESPONSE: See below.

   B. When and to whom the plaintiff anticipates it may send interrogatories.

RESPONSE: December 31, 2003.

  C. When and to whom the defendant anticipates it may send interrogatories.

RESPONSE: December 31, 2003.

  D. Of whom and by when the plaintiff anticipates taking oral depositions.

RESPONSE: Plaintiff anticipates taking the deposition of the defendants and any designated experts before the close of discovery.

  E. Of whom and by when the defendant anticipates taking oral depositions.

RESPONSE: Defendant anticipates taking the deposition of plaintiffs, any medical witnesses designated by Plaintiffs and Plaintiffs' experts by the close of discovery.

  F. List expert depositions the plaintiff (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report.)

RESPONSE: Plaintiffs anticipate taking the expert depositions of their experts and Defendant's designated experts by the close of discovery.

  G. List expert depositions the defendant (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report.)

RESPONSE: Defendant anticipates taking the depositions of any experts designated by Plaintiffs on damage or liability before the completion of discovery. Defendant requests the court set a deadline of 90 days before the close of discovery for Plaintiffs to designate experts and provide reports and 60 days before the close of discovery for Defendant to designate experts and provide a report.

10. If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

RESPONSE: The parties are in agreement.

11. Specify the discovery beyond initial disclosures that has been undertaken to date.

RESPONSE: None.

12. State the date the planned discovery can reasonably be completed.

RESPONSE: The parties believe it would take approximately six months to conduct discovery.

13. Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

RESPONSE: The parties discussed the possibility of voluntary mediation at the Rule 26(f) meeting. The parties believe at this time some discovery is necessary in order to conduct voluntary mediation.

14. Describe what each party has done or agreed to do to bring about a prompt resolution.

RESPONSE: The parties have communicated about settlement possibilities and will exchange information in aid of forming a position for settlement negotiations.

15. From the attorney's discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable, and state when such a technique may be effectively used in this case.

RESPONSE: Mediation.

16. Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.

RESPONSE: The parties cannot agree on trial before a magistrate judge.

17. State whether a jury demand has been made and if it was made on time.

RESPONSE: Yes. A demand was made by both parties in state court before removal.

18. Specify the number of hours it will take to present the evidence in this case.

RESPONSE: The parties anticipate it will take approximately 16 to 24 hours to try the case.

19. List pending motions that could be ruled on at the initial pretrial and scheduling conference.

RESPONSE: None.

20. List other pending motions.

RESPONSE: None.

21. Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

RESPONSE: None.

22. List the names, bar numbers, addresses and telephone numbers of all counsel.

RESPONSE:

COUNSEL FOR PLAINTIFF:

Jerry J. Trevino
LAW OFFICES OF JERRY J. TREVINO, P.C.
1125 South Port Avenue
Corpus Christi, TX 78405
SBN 20211228
Phone (361) 882-5605
Fax   (361) 882-8355

COUNSEL FOR DEFENDANT:

Tom Lockhart
Adams & Graham, L.L.P.
P.O. Drawer 1429
Harlingen, Texas 78551-1429
**SBN 12473500/ FED ID #2257**

Roger Hughes
Adams & Graham, L.L.P.
P.O. Drawer 1429
Harlingen, Texas 78551-1429
SBN 10229500/FED ID #5960
ATTORNEYS FOR CITY OF HARLINGEN

Respectfully submitted,

By: _____
JERRY J. TREVINO
State Bar No. 20211228
Fed. I.D. No. 15031
LAW OFFICES OF JERRY J. TREVINO, P.C.
1125 South Port Avenue
Corpus Christi, TX 78405
Phone (361) 882-5605
Fax   (361) 882-8355

Attorneys for *Plaintiffs*, RAYMUNDO MENDIETA, ET AL.


By: _____
TOM LOCKHART
State Bar No. 12473500
Fed. I.D. No. 2257
ROGER W. HUGHES
State Bar No. 10229500
Fed. I.D. No. 5950
**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, Texas 78551-1429
Telephone: 956/428-7495
Facsimile:  956/428-2954

Attorneys for *Defendants*, CITY OF HARLINGEN

Roger Hughes
Adams & Graham, L.L.P.
P.O. Drawer 1429
Harlingen, Texas 78551-1429
**SBN 10229500/FED ID #5960**
ATTORNEYS FOR CITY OF HARLINGEN

                              Respectfully submitted,

By:_____
      JERRY J. TREVINO
      State Bar No. 20211228
      Fed. I.D. No. _____
      **LAW OFFICES OF JERRY J. TREVINO, P.C.**
      1125 South Port Avenue
      Corpus Christi, TX 78405
      Phone (361) 882-5605
      Fax   (361) 882-8355

Attorneys for *Plaintiffs*, RAYMUNDO MENDIETA, ET AL.

By:_____
      TOM LOCKHART
      State Bar No. 12473500
      Fed. I.D. No. 2257
      ROGER W. HUGHES
      State Bar No. 10229500
      Fed. I.D. No. 5950
      **ADAMS & GRAHAM, L.L.P.**
      P. O. Drawer 1429
      Harlingen, Texas 78551-1429
      Telephone: 956/428-7495
      Facsimile: 956/428-2954

Attorneys for *Defendants*, CITY OF HARLINGEN