

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 1 9 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

RAYMUNDO MENDIETA, et al      :

     Plaintiffs      :

     :

vs.      :      CIVIL ACTION NO. B-03-123

     :

CITY OF HARLINGEN, et al.      :

     :

     Defendants

**ORDER ON DEFENDANT CITY OF HARLINGEN'S UNOPPOSED
MOTION TO EXTEND DEADLINE TO FILE JOINT
CASE MANAGEMENT PLAN**

BE IT REMEMBERED that on 18th day of _____, 2003, came to be heard

Defendant City of Harlingen's Unopposed Motion to Extend Deadline to File Joint Case

Management Plan and the Court is of the opinion that said motion should be granted.

IT IS THEREFORE ORDERED that said unopposed motion is hereby

GRANTED.

SIGNED this 18th day of _____, 2003 in Brownsville, Texas.

_____
JUDGE PRESIDING