THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

INITIAL PRETRIAL AND SCHEDULING CONFERENCES
(HELD TELEPHONICALLY IN CHAMBERS)

United States District Court
Southern District of Texas
FILED

NOV 25 2003

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-03-123         DATE & TIME 11/25/03 @ 9:30-9:50 am

COUNSEL:

RAYMUNDO MENDIETA, ET AL        §   Jerry Trevino

VS                              §

CITY OF HARLINGEN, ET AL        §   Roger Hughes

Courtroom Deputy: Irma Soto
Court Reporter:   Barbara Barnard

Case called on the docket. Jerry appeared telephonically for the Plaintiffs. Roger Hughes appeared in person for the Defendants. All parties announced present and ready.

The following deadlines set by the Court:

   ETT-4 days
   Jury Selection set for 9/2/04 @ 9:00 a.m. Counsel to decide to do voir
      dire or not. Jury to be 14 members(including alternates)
   Docket Call set for 8/31/04 @ 1:40 p.m.
   Joint Pretrial Order due by 8/17/04
   Dispositive Motions be filed by 8/13/04
   Non-Dispositive Motions be filed by 8/17/04
   Daubert Motions be filed by 7/16/04
   Plaintiffs' experts be named by 5/21/04
   Defendant's experts be named by 6/21/04
   Discovery completed by 8/6/04
   New parties be joined by 12/12/03

Counsel allowed to change any of the above deadlines by agreement, with the exception of the Jury Selection date, Docket Call date, Joint Pretrial Order and Daubert hearing. Counsel to inform the Court by letter of any agreed changes for the Court's information.

Court is adjourned.