IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| RAYMUNDO MENDIETA, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION No. B-03-123 |
| | § | |
| CITY OF HARLINGEN, ET AL. | § | |

## Scheduling Order

1. Trial: Estimated time to try: _4_ days.    ☐ Bench   ■ Jury

2. New parties must be joined by:                                    December 12, 2003
    *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:    May 21, 2004

4. The defendant's experts will be named with a report furnished by:    June 21, 2004

5. Discovery must be completed by:                                   August 6, 2004
    *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.
    No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:                             August 13, 2004

    Non-Dispositive Motions will be filed by:                        August 17, 2004
    Daubert Motion be filed by:                                      July 16, 2004

************************   The court will provide these dates.   ************************

7. Joint pretrial order is due:                                      August 17, 2004
    *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call is set for 1:30 p.m. on:                              August 31, 2004
9. Jury Selection is set for 9:00 a.m. on: *                         September 2, 2004

*Jury to be fourteen (14) members (including two alternates)
 12 to deliberate with at least, a 10-2 verdict required

The case will remain on standby until tried.

Signed this the _2nd_ day of _____, 2003, at Brownsville, Texas.

Andrew S. Hanen
United States District Judge

xc:   AL COUNSEL OF RECORD

1