

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

**DEC 0 8 2003**

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RAYMUNDO MENDIETA, et al. | { | |
| | { | CIVIL ACTION NO. B-03-123 |
| V. | { | |
| | { | |
| THE CITY OF HARLINGEN | { | |

## DEFENDANT CITY OF HARLINGEN'S INITIAL
## DISCLOSURES PURSUANT TO RULE 26(a)(1)

Defendant City of Harlingen, hereby files its Initial Disclosure in accordance with Federal

Rule of Civil Procedure 26(a)(1).

(a).    Jose J. Reyes
835 W. Wright
Harlingen, TX
Phone: unknown

Raymundo Medieta
1614 W. Hwy 27
San Benito, TX
956/361-4772

Plaintiffs in this suit.

Jorge Salinas
Harlingen Police Dept.
1192 S. Commerce
Harlingen, TX
956/427-8750

HPD Officer who made the arrest of Plaintiffs.

Brad Fechner
Harlingen Police Dept.
1102 S. Commerce
Harlingen, TX
956/427-8750

HPD Officer who was present during the arrest of Plaintiffs.


Ray Cavazos
Harlingen Police Dept.
1102 S. Commerce
Harlingen, Texas 78550
956/427-8750

HPD Officer who responded to call.


Angelica Sandoval
2618 Calle Duquesa
Harlingen, TX
956/440-7955

former HPD Officer who booked Plaintiffs.


The Hon. Albert Garcia
Municipal Judge
Harlingen Municipal Court
502 E. Tyler
Harlingen, TX
956/427-8706

Judge who arraigned and fined Plaintiffs for various charges.

Clerk,
Harlingen Municipal Court
502 E. Tyler
Harlingen, TX
956/427-8706

Record custodian of municipal court records.

Mike Laney & "Roger"          _____
Docs Sports Bar
216 Ed Carey Drive
Harlingen, TX
956/412-9388

Owner of "Docs" and present at place of arrest.

(b)    1.    Investigative file prepared Harlingen Police Department in relation to public intoxication and resisting arrest charges.

2.    Harlingen Municipal Court records concerning arraignment and fines imposed on Plaintiffs.

(c)    None.

(d)    A copy of the declarations page from Texas Municipal League Joint self Insurance Plan is provided.

Respectfully Submitted,

By:_____

TOM LOCKHART
State Bar No. 12473500
Federal ID No. 2257
ROGER W. HUGHES
State Bar No. 10229500
Federal ID No. 5950
**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, TX 78551-1429
956/428-7495; FAX: 956/428-2954

Attorneys for Defendant CITY OF HARLINGEN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this the _5_th day of December, 2003, to the following counsel of record and interested parties:

Attorney of Record for Plaintiffs, Raymundo Mendieta, et al.:

Mr. Jerry J. Trevino                                    *CM/RRR 7001 2510 0004 2063 6302*
Attorney at Law
1125 South Port Avenue
Corpus Christi, TX 78405

ROGER W. HUGHES