United States District Court
Southern District of Texas
FILED

DEC 2 2 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAYMUNDO MENDIETA and<br>JOSE REYES | §<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO. B-03-123 |
| CITY OF HARLINGEN, ET AL | §<br>§ | |

### PLAINTIFF'S INITIAL DISCLOSURES
### PURSUANT TO RULE 26(a)(1)

NOW COMES, RAYMUNDO MENDIETA AND JOSE REYES, Plaintiffs in the above entitled and numbered cause and make these initial disclosures as required by the Federal Rules of Civil Procedure 26(a)(1).

### A.
### Individuals with Discoverable Information

1. The following are individuals who are likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings:

Raymundo Mendieta
1615 W. Hwy 77 #284
San Benito, Texas  78586
*Plaintiff*

Jose J. Reyes
835 West Wright
Harlingen, Texas  78550
*Plaintiff*

Jorge Salinas
Harlingen Police Department
1192 S. Commerce
Harlingen, Texas
956/427-8750
*HPD Officer who made the arrest of Plaintiff*

Brad Fechner
Harlingen Police Department
1102 S. Commerce
Harlingen, Texas
956/427-8750
*HPD Officer who was present during the arrest of Plaintiffs*

Ray Cavazos
Harlingen Police Department
1102 S. Commerce
Harlingen, Texas
956/427-8750
*HPD Officer who responded to call*

Angelica Sandoval
2618 Calle Duquesa
Harlingen, Texas
*Former HPD Officer who booked Plaintiffs*

Hon. Albert Garcia
Municipal Judge
Harlingen Municipal Court
502 E. Tyler
Harlingen, Texas
*Judge who arraigned and fined Plaintiffs for various charges*

Clerk
Harlingen Municipal Court
502 E. Tyler
Harlingen, Texas
956/427-8706
*Record custodian of municipal court records*

Mike Laney & "Roger"
Docs Sports Bar
216 Ed Carey Drive
Harlingen, Texas
956/412-9388
*Owner of "Docs" and present at place of arrest*

The following is a list of medical providers who provided treatment to Plaintiffs for injuries sustained as a result of the incident made the basis of this suit:

Dr. Raul Garza
Dr. Jean-Scott Bendiks, D.C.
& any/all employees & custodian of records for Dr. Garza
400 West Hwy 77
San Benito, Texas  78586
956/399-2169

Luis E. Pena, D.C.
Joseph Burt, D.C.
Allied Rehab & Therapy
& any/all employees & custodian of records for Allied Rehab & Therapy
802 Bryan Rd.
Mission, Texas  78572
956/519-8484

Eric S. Bennos, M.D.
Rio Grande Valley Imaging & Diagnostic Center
& any/all employees & custodian of records for RGV Imaging
501B N. Ed Carey Dr.
Harlingen, Texas  78550
956/440-8900

Salinas Pharmacy
1022 South "F" Street
Harlingen, Texas  78550

Rick W. Bassett, M.D., P.A.
Rio Grande Orthopedic Center
& any/all employees & custodian of records for Rio Grande Orthopedic Center
1601 Treasure Hills Blvd.
Harlingen, Texas  78550

Dr. Robert P. Sims
Dr. Jerry Pallares
Valley Baptist Medical Center
& any/all employees & custodian of records for Valley Baptist Medical Center
2101 Pease Street
Harlingen, Texas  78550
956/389-1100

Dr. Dee Martinez
& any/all employees & custodian of records for Dr. Dee Martinez
904 N. Ewing
Dallas, TX 75203
214/941-8901

## B.
### Relevant Documents & Tangible Things

2. A copy of, oral description by category and location of, all documents, data compilations and tangible things that are in the possession, custody or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

The following is a list of documents, data compilations, and tangible things in Plaintiff's possession, custody, or control, described by category and location, that Plaintiff believes re relevant to disputed facts alleged with particularity in the pleadings:

1. Medical Records of Plaintiffs provided by the above mentioned medical providers
2. Photographs of Plaintiff of Plaintiff's, Raymundo Mendieta, injuries sustained as a result of the incident made the basis of this suit.

The following is a list of documents, data compilations, and tangible things in Defendants' possession, custody, or control, described by category and location, that Plaintiff believes re relevant to disputed facts alleged with particularity in the pleadings:

1. Investigation file of Internal Affairs complaint filed by Plaintiffs against Officer J. Salinas on November 12, 2001.
2. Investigative file prepared by Harlingen Police Department in relation to public intoxication and resisting arrest charges.
3. Harlingen Municipal Court records concerning arraignment and fines imposed on Plaintiffs
4. Harlingen Police Department report no. 01-09384 of arrest of June 17, 2001
5. Harlingen Municipal Court records no. 01-9382, 01-09383 of arrest of June 17, 2001.

Any/all documents, photographs, medical records, booking information that are in the custody/control of the Harlingen County Jail regarding the booking of Plaintiffs on the date of the incident.

### C.
### Information Related to Calculation of Damages

3.  The following is computation of damages claimed by Plaintiffs:

    a.  Past Medical Expenses for Raymundo Mendieta:
        Approximately $4,530.00

    b.  Past Medical Expenses for Jose Reyes:
        Approximately $3,913.95

    c.  Court Costs:    $358.00

    d.  future medical expenses, past pain and suffering, future pain and suffering, past mental anguish, future mental anguish, and past and future impairment to be determined at a later date.

### D.
### Insurance

4.  All insurance agreements or plans required to be disclosed are in the custody and control of Defendant and available for inspection including that from Texas Municipal League Joint Self Insurance Plan.

        Respectfully submitted,

        LAW OFFICE OF JERRY J. TREVINO
        1125 South Port Avenue
        Corpus Christi, Texas 78405
        Telephone: 361/882-5605
        Telecopier: 361/882-8355

        By: _____
        Jerry J. Trevino
        State Bar No. 20211228
        Federal I.D. No. 15031

        **Attorney for Plaintiffs**

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of Plaintiffs' Rule 26(a)(1) Initial Disclosures was served in compliance with Federal Rules of Civil Procedure upon counsel of record for Defendants listed below via certified mail, return receipt requested on this ____ day of __DEC_____, 2003

Mr. Tom Lockhart
ADAMS & GRAHAM
P.O. Drawer 1429
Harlingen, Texas 78551

_____
Jerry J. Treviño