UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
JAN 1 3 2004
Michael N. Milby
Clerk of Court

| | |
|---|---|
| RAYMUNDO MENDIETA and JOSE REYES | § § § |
| VS. | §   CIVIL ACTION NO. B-03-123 |
| CITY OF HARLINGEN, ET AL | § § § |

## STIPULATION TO ENLARGE TIME FOR PLAINTIFFS TO RESPOND TO DISCOVERY

Plaintiffs, Raymundo Mendieta and Jose Reyes, files this stipulation to enlarge time to respond to discovery as permitted by Fed. R. Civ. P. 6(b).

### A. Stipulation

1. Raymundo Mendieta and Jose Reyes, Plaintiffs complain of Defendant, City of Harlingen, in a cause of action for damages. Plaintiffs allege that while being detained and arrested by a police officer employed by the Defendant named herein, used excessive force on Plaintiffs committing an assault and battery on them in violation of Plaintiffs Constitutional Rights guaranteed to them by the Fourth and Fourteenth Amendments to the United States Constitution, constituting an action under federal and state law.

2. Plaintiffs', Raymundo Mendieta and Jose Reyes, completion of discovery responses are due on January 8, 2004.

3. Plaintiffs, Raymundo Mendieta and Jose Reyes, are in need of additional time to fully and accurately respond to Defendant's, City of Harlingen, Interrogatories and Request for Production.

4. The parties stipulate that Plaintiffs may have until January 22, 2004 to fully and accurately respond to Defendant's, City of Harlingen, Interrogatories and Request for Production.

## B. Prayer

5. For these reasons, the parties ask the court to enlarge the time for Plaintiffs to respond to Defendant's, City of Harlingen, Interrogatories and Request for Production.

Respectfully submitted,

LAW OFFICES OF JERRY J. TREVINO
1125 South Port Avenue
Corpus Christi, Texas 78405
Telephone: 361/882-5605
Telecopier: 361/882-8355

By: _____
Jerry J. Trevino
State Bar No. 20211228
Federal I.D. No.: 15031
**Attorney for Plaintiffs**

_Roger Hughes signed w/permission by Jerry J. Trevino_

Mr. Roger Hughes
State Bar No. 10229500
Federal I.D. No. 5950
ADAMS & GRAHAM
P.O. Box 1429
Harlingen, Texas 78551-1429
Telephone: 956/428-7495
Telecopier: 956/428-2954
**Attorney for Defendant,
City of Harlingen**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of Stipulation to Enlarge Time has been forwarded to counsel of record listed below, on this the __8__ day of January, 2004.

**VIA FACSIMILE
& FIRST CLASS MAIL**
Mr. Roger Hughes
ADAMS & GRAHAM
P.O. Box 1429
Harlingen, Texas  78551-1429

_____
Jerry J. Trevino

Order on Stipulation to Enlarge Time
Page 2

*Roger Hughes signed w/permission by Jury J Trevino*

Mr. Roger Hughes
State Bar No. 10229500
Federal I.D. No. 5950
ADAMS & GRAHAM
P.O. Box 1429
Harlingen, Texas 78551-1429
Telephone: 956/428-7495
Telecopier: 956/428-2954
**Attorney for Defendant, City of Harlingen**