14

United States District Court
Southern District of Texas
ENTERED

JAN 2 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

RAYMUNDO MENDIETA and          §
JOSE REYES                     §
                               §
VS.                            §        CIVIL ACTION NO. B-03-123
                               §
CITY OF HARLINGEN, ET AL       §

## ORDER ON STIPULATION TO ENLARGE TIME FOR PLAINTIFFS TO RESPOND TO DISCOVERY

On _____ 15 ___, 2004, the court considered Parties Stipulation to Enlarge Time for Plaintiffs to Respond to Discovery. After considering the stipulation, the court

FINDS there is cause to enlarge the time for Plaintiffs, Raymundo Mendieta and Jose Reyes, to Respond to Defendant's, City of Harlingen, Interrogatories and Request for Production. Therefore, the court GRANTS the request to enlarge time until JANUARY 22, 2004.

SIGNED _____ 15 ___, 2004.

U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

Jerry J. Trevino
State Bar No. 20211228
Federal I.D. #: 15031
**Attorney for Plaintiffs**
1125 South Port Avenue
Corpus Christi, Texas 78405
Telephone: 361/882-5605
Telecopier: 361/882-8355

Order on Stipulation to Enlarge Time
Page 2

Roger Hughes signed w/permission
by Jury J. Trevino

Mr. Roger Hughes
State Bar No. 10229500
Federal I.D. No. 5950
ADAMS & GRAHAM
P.O. Box 1429
Harlingen, Texas  78551-1429
Telephone:  956/428-7495
Telecopier:  956/428-2954
**Attorney for Defendant, City of Harlingen**