IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 3 0 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RAYMUNDO MENDIETA and JOSE REYES<br>    Plaintiff | §§§§ | |
| V. | §§ | CASE NO. B-03-123 |
| CITY OF HARLINGEN, et. al.<br>    Defendants | §§§ | |

## DEFENDANT CITY OF HARLINGEN'S STIPULATION EXTENDING DEADLINE TO RESPOND TO PLAINTIFFS' DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant CITY OF HARLINGEN and files its Stipulation Extending Deadline to Respond to Plaintiffs' Discovery, and would show this Court as follows:

### I. Certificate of Conference

The undersigned has conferred with Plaintiffs' counsel and they agree to grant the extension.

### II. Stipulation

On or about December 24, 2003, Plaintiffs Raymundo Mendieta and Jose Reyes served Defendant City of Harlingen with First Set of Interrogatories and Requests for Production and on or about December 31, 2003 they served Defendant with Requests for Admission. Defendant's deadlines to respond to the discovery requests are January 26, 2004

for the Interrogatories and Requests for Production and January 30, 2004 for the Requests for Admission.

Defendant City of Harlingen needs additional time to fully respond to Plaintiffs' discovery and the Plaintiffs have agreed to grant Defendant an extension until February 3, 2004 to respond to their discovery requests and make any necessary objections.

Respectfully submitted,

By: _____
ROGER W. HUGHES
State Bar No. 10229500
Fed. I.D. No. 5950
TOM LOCKHART
State Bar No. 12473500
Fed. I.D. No. 2257
ADAMS & GRAHAM, L.L.P.
P. O. Drawer 1429
Harlingen, Texas 78551-1429
Telephone: 956/428-7495
Facsimile: 956/428-2954

Attorneys for *Defendant*


LAW OFFICES OF JERRY J. TREVINO
1125 South Port Avenue
Corpus Christi, Texas 78405
Telephone: 361/882-5605
Telecopier: 361/882-8355

By: _____
JERRY J. TREVIÑO
State Bar No. 20211228
Federal I.D. No. 15031

Attorneys for PLAINTIFFS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this 29th day of January 2004, to the following counsel of record and interested parties:

---

Attorney for Plaintiffs :

Mr. Jerry J. Trevino
**LAW OFFICES OF JERRY J. TREVINO, P.C.**
1125 South Port Avenue
Corpus Christi, TX 78405

*Via Facsimile: 361/882-8355*

_____
ROGER W. HUGHES