IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JAN 3 0 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| RAYMUNDO MENDIETA and JOSE REYES § § <br> Plaintiff § § <br> V. § § <br> CITY OF HARLINGEN, et. al. § § <br> Defendants § | CASE NO. B-03-123 |

### ORDER APPROVING STIPULATION EXTENDING DEADLINE TO RESPOND TO PLAINTIFFS' DISCOVERY

BE IT REMEMBERED that on this 30th day of Jan., 2004, the Court approved Defendant City of Harlingen's Stipulation Extending Deadline to Respond to Plaintiffs' Discovery and Defendant City of Harlingen's deadlines to respond to Plaintiffs' Interrogatories, Request for Production and Requests for Admission, together with any necessary objections, is extended to February 3, 2004.

SIGNED FOR ENTRY this 30th day of Jan., 2004 in Brownsville, Texas.

_____
JUDGE PRESIDING

Copies to:

Mr. Jerry J. Treviño, LAW OFFICES OF JERRY J. TREVIÑO, P.C., 1125 South Port Avenue, Corpus Christi, TX 78405

Mr. Roger W. Hughes, ADAMS & GRAHAM, L.L.P., P.O. Drawer 1429, Harlingen, TX 78551-1429