UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 6 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| RAYMUNDO MENDIETA and JOSE REYES | § § § |
| VS. | §    CIVIL ACTION NO. B-03-123 |
| CITY OF HARLINGEN, ET AL | § § § |

## NOTICE OF INTENT TO TAKE THE ORAL DEPOSITION OF JORGE SALINAS

TO: Defendant, City of Harlingen, Texas by and through its attorney of record, Mr. Roger Hughes, ADAMS & GRAHAM, 222 E. Van Buren, Harlingen, Texas 78551.

Please take notice that on **WEDNESDAY, APRIL 28, 2004 at 1:00 p.m.** and continuing thereafter from day to day until complete, Plaintiff will take the oral deposition of Officer JORGE SALINAS, pursuant to Fed. R. Civ. P. 30 to be held at the Law Offices of ADAMS & GRAHAM, 222 E. Van Buren, Harlingen, Texas 78551. The deposition will be taken by Bryant & Stingley, Inc.

You are advised that this deposition will be recorded on videotape in addition to the usual stenographic recording. You are invited to attend and examine the witness.

Respectfully submitted,

LAW OFFICES OF JERRY J. TREVINO
1125 South Port Avenue
Corpus Christi, Texas 78405
Telephone: 361/882-5605
Telecopier: 361/882-8355

By: _____
Jerry J. Trevino
State Bar No. 20211228

**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of Notice of Intention to Take the Oral Deposition has been forwarded to counsel of record listed below, on this the 23 day of April, 2002.

**VIA FACSIMILE &**
**FIRST CLASS MAIL**
Mr. Roger Hughes
Mr. Tom Lockhart
ADAMS & GRAHAM
P.O. Drawer 1429
Harlingen, Texas  78551

                                          Jerry J. Trevino