UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 1 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RAYMUNDO MENDIETA and<br>JOSE REYES | §<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO. B-03-123 |
| | § | |
| CITY OF HARLINGEN, ET AL | §<br>§ | |

## NOTICE OF INTENT TO TAKE THE ORAL DEPOSITION
## OF ELISEO YBARRA, JR.

TO:  Eliseo Ybarra, Jr., 214 E. Park Dr., Brownsville, Texas 78520, 956/542-4596.

Please take notice that on **FRIDAY, MAY 28, 2004 at 11:00 a.m.** and continuing thereafter from day to day until complete, Plaintiff will take the oral deposition of ELISEO YBARRA, JR., pursuant to Fed. R. Civ. P. 30 to be held at the Law Offices of ADAMS & GRAHAM, 222 E. Van Buren, Harlingen, Texas 78551. The deposition will be taken by Esquire Depositions.

You are advised that this deposition will be recorded on videotape in addition to the usual stenographic recording. You are invited to attend and examine the witness.

Respectfully submitted,

LAW OFFICES OF JERRY J. TREVINO
1125 South Port Avenue
Corpus Christi, Texas 78405
Telephone: 361/882-5605
Telecopier: 361/882-8355

By: _____
Jerry J. Trevino
State Bar No. 20211228
**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Notice of Intention to Take the Oral Deposition has been forwarded to counsel of record listed below, on this the 26 day of May, 2004.

**VIA FACSIMILE &
FIRST CLASS MAIL**
Mr. Roger Hughes
ADAMS & GRAHAM
P.O. Drawer 1429
Harlingen, Texas  78551

_____
Jerry J. Trevino