Case 1:03-cv-00123   Document 27   Filed in TXSD on 06/14/2004   Page 1 of 3


United States District Court
Southern District of Texas
FILED

JUN 1 4 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAYMUNDO MENDIETA and<br>JOSE REYES | §<br>§<br>§ | |
| VS. | §<br>§ | CIVIL ACTION NO. B-03-123 |
| CITY OF HARLINGEN, ET AL | §<br>§ | |

## STIPULATION TO ENLARGE TIME FOR PLAINTIFF TO DESIGNATE EXPERTS & REPORTS

Plaintiffs, Raymundo Mendieta and Jose Reyes, files this stipulation to enlarge time to designate experts & reports as permitted by Fed. R. Civ. P. 6(b).

### A. Stipulation

1. Raymundo Mendieta and Jose Reyes, Plaintiffs complain of Defendant, City of Harlingen, in a cause of action for damages. Plaintiffs allege that while being detained and arrested by a police officer employed by the Defendant named herein, used excessive force on Plaintiffs committing an assault and battery on them in violation of Plaintiffs Constitutional Rights guaranteed to them by the Fourth and Fourteenth Amendments to the United States Constitution, constituting an action under federal and state law.

2. Plaintiffs' designation of experts and reports is due on May 21, 2004.

3. Plaintiffs are in need of additional time to designate their experts in that the deposition of Officer Michael Brad Fechner is scheduled to be taken on May 28, 2004. As such, additional time is needed in order to obtain a copy of the deposition transcript in order to provide them to an expert Plaintiffs may designate.

4. The parties stipulate that Plaintiffs may have until June 28, 2004 to designate their experts and reports.

B. Prayer

5. For these reasons, the parties ask the court to enlarge the time for Plaintiffs to designate expert and report until June 28, 2004.

Respectfully submitted,

LAW OFFICES OF JERRY J. TREVINO
1125 South Port Avenue
Corpus Christi, Texas 78405
Telephone: 361/882-5605
Telecopier: 361/882-8355

By: _____
Jerry J. Trevino
State Bar No. 20211228
Federal I.D. No.: 15031
**Attorney for Plaintiffs**

_____
Mr. Roger Hughes
State Bar No. 10229500
Federal I.D. No. 5950
ADAMS & GRAHAM
P.O. Box 1429
Harlingen, Texas 78551-1429
Telephone: 956/428-7495
Telecopier: 956/428-2954
**Attorney for Defendant,
City of Harlingen**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Stipulation to Enlarge Time has been forwarded to counsel of record listed below, on this the _2_ day of ~~May~~ June, 2004.

**VIA FACSIMILE**
**& FIRST CLASS MAIL**
Mr. Roger Hughes
ADAMS & GRAHAM
P.O. Box 1429
Harlingen, Texas  78551-1429

_____
Jerry J. Treviño