UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
**ADR MEMORANDUM TO CLERK OF COURT**
(To be submitted in duplicate
if case settles before ADR *or* within
10 days after completion of ADR.)

United States District Court
Southern District of Texas
FILED
JUN 2 4 2004
Michael N. Milby
Clerk of Court

RAYMUNDO MENDIETA AND JOSE REYES
                  Plaintiff(s)

V.

CITY OF HARLINGEN
                  Defendant(s)

DIVISION   BROWNSVILLE
CIVIL ACTION NO. B-03-123

ADR METHOD:   Mediation   X      Arbitration   ____
                  Mini-trial   ____   Summary Jury Trial  ____

TYPE OF CASE:   42 USC §1983

1. Please check one of the following:
   The case referred to ADR settled   X . did not settle ___

2. My total fee and expenses were: $ 1,000.00.
   (If you had no fees and expenses, please indicate if the case settled before ADR, OR if the ADR proceeding was conducted on a no-fee basis pursuant to order of the Court or agreement of the parties.)

3. Please list names, addresses and telephone numbers of all parties and all counsel of record:

   Raymundo Mendieta and Jose Reyes, Plaintiffs
   Mr. Jerry J. Trevino, Attorney
   LAW OFFICES OF JERRY J. TREVINO, P.C.
   1125 South Port Avenue
   Corpus Christi, Texas 78405
   (361) 882-5605 - telephone
   (361) 882-8355 - telefax

   City of Harlingen, Defendant
   Mr. Roger W. Hughes, Attorney
   LAW OFFICES OF ADAMS & GRAHAM, L.L.P.
   222 E. Van Buren, West Tower
   Harlingen, Texas 78551
   (956) 428-7495 - telephone
   (956) 428-2954 - telefax

Date: 06/21/04

ADR PROVIDER
Name:   Alfred T. Denham
Signature:

SDTX-ADR-5/(Rev 6-15-93)