IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 4 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RAYMUNDO MENDIETA and | § | |
| JOSE REYES | § | |
| Plaintiff | § | |
| | § | |
| V. | § | CASE NO. B-03-123 |
| | § | |
| CITY OF HARLINGEN | § | |
| Defendant | § | |

## JOINT MOTION FOR STIPULATED DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Raymundo Mendieta and Jose Reyes, Plaintiffs and The City of Harlingen, Defendant and file this their Joint Motion for Stipulated Dismissal and would respectfully show the Court as follows:

I.

The parties reached and negotiated disposition of their case, compromising all matters and disputes between them. Pursuant to Federal Rule of Civil Procedure 41, the Plaintiffs and Defendants move the Court in Stipulated Order of Dismissal dismissing claims that Plaintiffs Mendieta and Reyes against Defendants City of Harlingen and Salinas.

WHEREFORE, PREMISES CONSIDERED, the Parties pray that the above and foregoing motion be taken under consideration immediately and be granted by the Court.

Respectfully submitted,

By: _____
ROGER W. HUGHES
State Bar No. 10229500
Fed. I.D. No. 5950
TOM LOCKHART
State Bar No.12473500
Fed. I.D. No. 2257
**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, Texas 78551-1429
Telephone: 956/428-7495
Facsimile: 956/428-2954

Attorneys for *Defendant* CITY OF HARLINGEN

By: _____
JERRY J. TREVIÑO
State Bar No. 20211228
Federal I.D. No. 15031
**LAW OFFICES OF JERRY J.
  TREVINO**
1125 South Port Avenue
Corpus Christi, Texas 78405
Telephone: 361/882-5605
Telecopier: 361/882-8355

Attorneys for *Plaintiffs* RAYMUNDO MENDIETA AND JOSE REYES

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this 13 day of July, 2004, to the following counsel of record and interested parties:

---

Attorney for Plaintiffs :

Mr. Jerry J. Trevino  
**LAW OFFICES OF JERRY J. TREVINO, P.C.**  
1125 South Port Avenue  
Corpus Christi, TX 78405

*Via Facsimile: 361/882-8355*  
*& Ordinary Mail*

_____  
ROGER W. HUGHES