

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 1 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| RAYMUNDO MENDIETA and | § | |
| JOSE REYES | § | |
|     Plaintiff | § | |
| | § | |
| V. | § | CASE NO. B-03-123 |
| | § | |
| CITY OF HARLINGEN | § | |
|     Defendant | § | |

## STIPULATED ORDER OF DISMISSAL

BE IT REMEMBERED that on the 15th day of July, 2004, came Plaintiffs Raymundo Mendieta and Jose Reyes and Defendants City of Harlingen and Jorge Salinas, and announce they have compromised all matters in dispute and the Court can dismiss said Plaintiffs' claims with prejudice, costs taxed to the party incurring same.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that the claims of Raymundo Mendieta and Jose Reyes are hereby dismissed with prejudice as to the Defendants City of Harlingen and Jorge Salinas. Costs and attorney's fees will be taxed to the party incurring same.

_____
JUDGE PRESIDING

Copies to:

Mr. Jerry J. Trevino, LAW OFFICES OF JERRY J. TREVINO, P.C., 1125 South Port Avenue Corpus Christi, TX 78405
Mr. Roger W. Hughes, ADAMS & GRAHAM, L.L.P., P.O. Drawer 1429, Harlingen, TX 78551-1429

---